# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1. Your affiant, Special Agent Matt Bassett, is a criminal investigator with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing federal criminal laws and duly authorized by the Attorney General to request an arrest warrant. My duties include the enforcement of the federal firearms and narcotics laws. In the course of these duties, I have come to investigate Aaric MURRAY, an illegal drug user and a drug trafficker, and have learned the following facts.

2. On April 16, 2020, deputies with the Monongalia County Sheriff's Office responded to a 911 call regarding an alleged hostage-taking at 536 Independence Hills Village. The 911 caller stated that "Seven Foot" (a nickname for Aaric MURRAY) had taken his wife hostage at gunpoint inside 536 Independence Hills Village, Morgantown, WV, and that there were multiple firearms inside the house.

3. Deputies arrived at 536 Independence Hills Village, knocked, and announced their presence. Deputies could hear objects moving and scrambling inside the residence, and when MURRAY eventually answered the door, they detained him in handcuffs due to the nature of the call. Deputies explained to MURRAY why they were there, and that he was not under arrest. MURRAY stated he understood. Deputies called a second male out from a back hallway.

4. Deputies explained the circumstances, to which MURRAY replied that no one was being held hostage and they could go inside. Deputies recognized the odor of burned marijuana, observed a handgun holster, and noticed scales, baggies, packaging materials, powder, and other paraphernalia on the table. MCSO deputies then held the scene, applied for and received a search warrant, and arrested both MURRAY and the second individual. Deputies recovered approximately $6,415 cash on MURRAY's person.

5. MURRAY claimed the drugs in the house were for his personal use. Deputies noticed track marks and injection sites on MURRAY's arms, hands, and feet. The white powder and residue throughout the living room field-tested positive for cocaine and methamphetamine.

6. In the course of the search warrant, deputies recovered the following items:

    a. Two firearms in a bag in the kitchen, namely, a Glock pistol, model 42, .380 caliber, serial number AAYX786, and a Rossi revolver, model 462, .357 Magnum caliber, serial number IW172153;
    b. Six rounds of .357 Magnum ammunition and four rounds of .380 caliber ammunition, loaded into the above identified firearms;

    c. Approximately 35g of suspected crystal methamphetamine, individually packaged for resale;
    d. Multiple small baggies of crack cocaine and heroin;
    e. Multiple cellular phones, as well as drug ledgers, scales, and other paraphernalia;
    f. The above-identified paddle holster;
    g. Two more handguns (a Raven Arms pistol, .25 caliber, model MP-25, serial number 791082, and a second .380 caliber pistol with a missing slide) recovered from an outbuilding.

7. While under arrest and after receiving a Miranda warning, MURRAY claimed that he did not sell drugs, but admitted to being a user. MURRAY claimed that the large amount of cash on his person came from winning at local "hot spot" gambling parlors (parlors which had been shut down for weeks due to the COVID-19 outbreak). Deputies observed, but did not seize, drug paraphernalia such as used needles, alcohol wipes, and Narcan containers.

8. Your affiant subsequently executed a Federal search warrant on a cellular phone belonging to MURRAY's co-conspirator. On May 2, 2020, your affiant reviewed text messages derived from the execution of that warrant. These messages documented MURRAY and the co-conspirator communicating via text message via the sale of controlled substances. They showed MURRAY asking for direction on where to meet customers, MURRAY collecting money on the co-conspirator's behalf, and customers complaining to the co-conspirator that MURRAY had kept them waiting for drugs.

9. On April 28, 2020, ATF Special Agent Matthew Kocher examined the four firearms listed above and determined that they met the definition of a firearm, and were manufactured outside the State of West Virginia.

10. Under 18 U.S.C. Section 922(g)(3), it is a violation of Federal law for an illegal drug user to possess firearms and ammunition

**Oath**
The information in this affidavit is true to the best of my knowledge and belief.

_/s/ Matthew Bassett_
Special Agent Matthew Bassett
ATF

Sworn to and Subscribed before me on November 12, 2020. by phone

_/s/_
Michael John Aloi
United States Magistrate Judge
Northern District of West Virginia